EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José R. López de Victoria Brás | 2004 TSPR 207 <br><br> 163 DPR \_\_\_\_ |

Número del Caso: AB-2003-116

Fecha: 17 de diciembre de 2004

Abogada de la Peticionaria:

Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


José R. López de Victoria Brás



AB-2003-116    Queja




RESOLUCIÓN


San Juan, Puerto Rico, a 17 de diciembre de 2004.


Examinada la Solicitud de Reinstalación presentada por el Sr. José R. López de Victoria Brás y habiendo transcurrido el término de suspensión dispuesto en nuestra sentencia, se le reinstala a la práctica de la abogacía.


Publíquese.


Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Rivera Pérez no intervinieron.



María I. Colón Falcón
Subsecretaria del Tribunal Supremo